IN THE UNITED STATES DISTRICT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | MO-12-CR-123 |
| | ) | |
| **DARLENE AURELIA BISHOP** | ) | |

## ORDER FOR PSYCHIATRIC OR PSYCHOLOGICAL EXAMINATION

On the 1st day of May 2012, the Court held an arraignment and detention hearing for the Defendant in the above-referenced case. The Court considered the following:

1) the testimony from Special Agent Shawn Mundy, of the U.S. Secret Service, and U.S. Pretrial Services Officer Sylvia Villalba;

2) argument from the Government and defense;

3) the Indictment;

4) the Pretrial Services Report;

5) an open discussion among the parties and the Court; and,

6) testimony and information concerning the Defendant's comments on suicide and her family's concern that she may harm herself rather than go to jail.

The Court now holds in **ABEYANCE** its decision as to the issue of bond pending an evaluation as ordered herein.

**IT IS ORDERED AND ADJUDGED** that a psychiatric or psychological examination of Defendant **DARLENE AURELIA BISHOP** shall be conducted pursuant to 18 U.S.C. § 4247(b).

**IT IS FURTHER ORDERED AND ADJUDGED** that a report, in the form and manner prescribed by 18 U.S.C. § 4247(c), shall be prepared by the examiner designated to conduct the

psychiatric or psychological examination, and that said **report shall be filed with the Court to the attention of David Counts, United States Magistrate Judge, 200 E. Wall, Suite 101, Midland, Texas, 79701**, with copies provided for the Defendant's Attorney, Rodion Cantacuzene Jr., 1605 N. Big Spring Street, Midland, Texas, 79701, (432) 640-0464, and the United States Attorneys Office, 400 W. Illinois, Suite 1200, Midland, Texas, 79701, (432) 686-4110.

**IT IS FURTHER ORDERED AND ADJUDGED that the United States Marshals Service shall notify the Ector County Correctional Center of the date and time (Wednesday, May 9, 2012, at 3:30 p.m.), of Dr. Marchioni's examination of the Defendant and ensure that a room/place is reserved for the examination.**

The Defendant shall be examined at the **Ector County Correctional Center (301 N. Texas, Odessa, Texas), by Dr. Perry Marchioni,** 1705 W. Illinois Ave., Midland, Texas (432) 684-4540. The Defendant is scheduled for an appointment with **Dr. Perry Marchioni** on **Wednesday, May 9, 2012, at 3:30 p.m.** In the event Dr. Marchioni is unwilling to perform the examination for the amount of professional fees authorized in the Federal Courts, it is requested he notify the Court.

**IT IS FURTHER ORDERED AND ADJUDGED** that, upon the filing of said report Defendant **DARLENE AURELIA BISHOP** shall be set by this Court for further proceedings as made for and provided by 18 U.S.C. § 4241(c) and (d).

**If there are any objections to the administration of psychotropic drugs to the Defendant while under examination, objections should be made to Dr. Marchioni in writing. This Court is not aware of any such objections at this time.**

**IT IS FURTHER ORDERED** that the period of time between the filing of this Order and the examiner's report shall be excluded from the computation of time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq*.

**In addition to the Clerk's distribution procedure when an order is filed, <u>the Clerk is Ordered to fax a copy of this order to Dr. Marchioni at (432) 685-0809.</u>**

It is so **ORDERED**.

**SIGNED** on May 1, 2012.

_____
DAVID COUNTS
UNITED STATES MAGISTRATE JUDGE