**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND-ODESSA DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | NO. MO-12-CR-123 |
| | ) | |
| DARLENE AURELIA BISHOP | ) | |

**GOVERNMENT'S MOTION FOR REVOCATION OF RELEASE ORDER,**
**AND MOTION TO STAY RELEASE PENDING HEARING**

Pursuant to Title 18, United States Code, Section 3145(a), the United States hereby asks the United States District Court to review, and revoke, the decision of the United States Magistrate Judge on May 25, 2012, to release the Defendant DARLENE AURELIA BISHOP on bond.

Defendant BISHOP is charged with multiple violations of a 18 U.S.C. § 1343 (wire fraud) and multiple counts of money laundering.

Substantial evidence exists that Defendant is a danger to the community inasmuch as she has continued to commit financial crimes even after her civil trial and knowing that she was under investigation for this scheme. Indeed, evidence since she has been in custody on these charges reveals that Defendant has continued to try to contact two of the individuals who she has most recently had business dealings.  Both of those individuals are currently under investigation or have been recently sued for similar fraudulent activities.

The United States submits that this Court cannot set any condition or combination of conditions to reasonably ensure that Defendant will not engage in additional financial crimes that continue to harm the community.

WHEREFORE, premises considered, the United States prays that this Court grant a hearing as soon as possible on the United States's Motion for Revocation of the Magistrate's Conditions of

Release Order, and that it stay[1] said Order pending the outcome of that hearing.

                          Respectfully submitted,

                          ROBERT PITMAN
                          UNITED STATES ATTORNEY

By:   /s/ Austin M. Berry
        AUSTIN M. BERRY
        Assistant United States Attorney
        400 West Illinois, Suite 1200
        Midland, Texas 79701
        (432) 686-4110

## Certificate of Service/Conference

I hereby certify that on May 25, 2012, I filed this document with the Clerk using the CM/ECF filing system, which will cause a copy of the document to be delivered to counsel for Defendant:

**Ian Cantacuzene- Counsel for Defendant Darlene Aurelia Bisho**p

Mr. Cantacuzene is opposed to any stay.

                          /s/ AUSTIN M. BERRY
                          Assistant United States Attorney

---

[1] An immediate stay is proper, for without it the district court's power to review a release order pursuant to Section 3145(a) would be illusory. *United States v. Brigham*, 569 F.3d 220, 229 (5th Cir. 2009).

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | NO. MO-12-CR-123 |
| | ) | |
| DARLENE AURELIA BISHOP | ) | |

**O R D E R**

On this date came on to be considered the United States's Motion for Revocation of Release Order in the above styled cause. The Court believes a hearing should be held on the United States's Motion.

It is, THEREFORE, ORDERED that a hearing on the United States's Motion is hereby set for hearing on _____, 2012, at _____ ___.m. at the United States Courthouse in Midland, Texas.

IT IS FURTHER ORDERED, that the Order of the United States Magistrate Court for the Western District of Texas releasing Defendant BISHOP on bond conditions is hereby STAYED pending the outcome of the hearing. Defendant BISHOP shall remain in custody pending the outcome of that hearing.

SIGNED and ENTERED this the _____ day of May, 2012.

_____
HON. ROBERT JUNELL
United States District Judge