**Department of the Treasury**
*Federal Law Enforcement Agencies*
**PROCESS RECEIPT AND RETURN**

FILED
JUN 1 2012
CLERK, U S DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | MO-12-CR-123 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Darlene Aurelia Bishop | (1) Original, (1) copy of Notice of Lis Pendens |

**SERVE AT**

Name Of Individual, Company, Corporation, Etc. to Serve or Description of Property to Seize
Ector County Clerk's Ofc.

Address (Street or RFD / Apt. # / City, State, and Zip Code)

Send NOTICE OF SERVICE copy to Requester:

Diana Cruz-Zapata, AUSA
United States Attorneys Office
601 N.W. Loop 410, Suite 600
San Antonio, Texas 78216

| | |
|---|---|
| Number Of Process To Be Served In This Case. | 2 |
| Number Of Parties To Be Served In This Case. | 1 |
| Check Box If Service Is On USA | |

SPECIAL INSTRUCTIONS or OTHER INFORMATION TO ASSIST IN EXPEDITING SERVICE (includes Business and Alternate Addresses, Phone Numbers, and Estimated Availability times.)

Please **RECORD** and Return One File Stamped and **RECORDED** Copy to AUSA Diana Cruz-Zapata

| Signature of Attorney or other Originator requesting service on behalf of [ X ]Plaintiff [ ]Defendant | Telephone No. (210) 384-7040 | Date 4/30/12 |
|---|---|---|

| SIGNATURE OF PERSON ACCEPTING PROCESS: | Date |
|---|---|

**SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY**

| I acknowledge receipt for the Total # of Process Indicated. | District of Origin No. ___ | District to Serve No. ___ | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER: | Date |
|---|---|---|---|---|

I hereby Certify and Return That I [✓] PERSONALLY SERVED, [ ] HAVE LEGAL EVIDENCE OF SERVICE, [ ] HAVE EXECUTED AS SHOWN IN "REMARKS", the Process Described on the Individual, Company, Corporation, Etc., At The Address Shown Above or at the Address Inserted Below.

[ ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

| NAME & TITLE of Individual Served If not shown above: | [ ] A Person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|

| ADDRESS: (Complete only if different than shown above.) | Date of Service 05/02/12 | Time of Service 8:50 | [✓] AM [ ] PM |
|---|---|---|---|

Signature, Title and Treasury Agency
_____ SPECIAL AGENT, USSS

**REMARKS:**
RE: Real Property Located and Situated at 2012 Beverly Street, Odessa, Ector County, Texas

REF: Paralegal Specialist Beverly Williams

TD F 90-22.48 (6/96)

*Make (5) copies after form is signed. SEND ORIGINAL + 4 COPIES to TREASURY AGENCY. Retain Copy #5 for your file.*