FILED

SEP 17 2012

CLERK, U S DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                    DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | MO-12-CR-123 |
| | ) | |
| **DARLENE AURELIA BISHOP** | ) | |

### ORDER MODIFYING DEFENDANT'S CONDITIONS OF RELEASE

On the 17th day of September 2012, the Court modifies the Defendant's conditions of release to include the following condition:

1)   The Defendant is to undergo mental health counseling as deemed necessary by U. S. Pretrial Services; and,

2)   All other conditions of release previously established that are not in conflict with this Order shall remain in full force and effect.

It is so **ORDERED**.

Signed this 17th day of September, 2012.

*[signature]*

**DAVID COUNTS**
United States Magistrate Judge