UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| V. | ) CRIMINAL NO. MO-12-CR-123-RAJ |
| | ) |
| DARLENE AURELIA BISHOP, | ) |
| | ) |
| Defendant. | ) |

## DECLARATION OF PUBLICATION

In accordance with 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6)(C) of the Federal Rules of Criminal Procedure, notice of the forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on January 26, 2013 and ending on February 24, 2013, as evidenced by Attachment 1.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 16, 2013 at San Antonio, Texas.

Respectfully submitted,

ROBERT PITMAN
United States Attorney

By: _____
Diana Cruz-Zapata
Assistant United States Attorney
Chief, Asset Forfeiture Section
601 N. W. Loop 410, Suite 600
San Antonio, Texas 78216
Tel. (210) 384-7040
Fax (210) 384-7045
Texas Bar No. 05196800



# Advertisement Certification Report

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between January 26, 2013 and February 24, 2013. Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. Darlene Aurelia Bishop

**Court Case No:** MO-12-CR-123-RAJ
**For Asset ID(s):** See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 01/26/2013 | 24.0 | Verified |
| 2 | 01/27/2013 | 24.0 | Verified |
| 3 | 01/28/2013 | 24.0 | Verified |
| 4 | 01/29/2013 | 24.0 | Verified |
| 5 | 01/30/2013 | 24.0 | Verified |
| 6 | 01/31/2013 | 24.0 | Verified |
| 7 | 02/01/2013 | 24.0 | Verified |
| 8 | 02/02/2013 | 24.0 | Verified |
| 9 | 02/03/2013 | 24.0 | Verified |
| 10 | 02/04/2013 | 24.0 | Verified |
| 11 | 02/05/2013 | 24.0 | Verified |
| 12 | 02/06/2013 | 24.0 | Verified |
| 13 | 02/07/2013 | 24.0 | Verified |
| 14 | 02/08/2013 | 24.0 | Verified |
| 15 | 02/09/2013 | 24.0 | Verified |
| 16 | 02/10/2013 | 24.0 | Verified |
| 17 | 02/11/2013 | 24.0 | Verified |
| 18 | 02/12/2013 | 24.0 | Verified |
| 19 | 02/13/2013 | 24.0 | Verified |
| 20 | 02/14/2013 | 24.0 | Verified |
| 21 | 02/15/2013 | 24.0 | Verified |
| 22 | 02/16/2013 | 24.0 | Verified |
| 23 | 02/17/2013 | 24.0 | Verified |
| 24 | 02/18/2013 | 24.0 | Verified |
| 25 | 02/19/2013 | 24.0 | Verified |
| 26 | 02/20/2013 | 23.9 | Verified |
| 27 | 02/21/2013 | 23.8 | Verified |
| 28 | 02/22/2013 | 24.0 | Verified |
| 29 | 02/23/2013 | 24.0 | Verified |
| 30 | 02/24/2013 | 23.9 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.

**ATTACHMENT 1**

## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS, MIDLAND-ODESSA DIVISION
## COURT CASE NUMBER: MO-12-CR-123-RAJ; NOTICE OF FORFEITURE

Notice is hereby given that on January 25, 2013, in the case of <u>U.S. v. Darlene Aurelia Bishop</u>, Court Case Number MO-12-CR-123-RAJ, the United States District Court for the Western District of Texas entered an Order condemning and forfeiting the following property to the United States of America:

$579,766.05, More or Less, in U.S. Currency, Which Represents Proceeds from the Sale of Real Property Known as 2901 Palo Verde Drive, Odessa, Texas (12-USS-000474)

2008 Lincoln Navigator, VIN: 5LMFU27528LJ16427 (12-USS-000578)

2008 Lincoln Navigator, VIN: 5LMFU27578LJ21915 (12-USS-000579)

2009 Kia Spectra, VIN: KNAFE221295613263 (12-USS-000580)

2009 Chevrolet Corvette, VIN: 1G1YY26W295110852 (12-USS-000581)

The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct. Any person, other than the defendant(s) in this case, claiming interest in the forfeited property must file a Petition within 60 days of the first date of publication (January 26, 2013) of this Notice on this official government internet web site, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1). The petition must be filed with the Clerk of the Court, 200 E. Wall Street, Rm #222, Midland, TX 79701, and a copy served upon Assistant United States Attorney Diana Cruz-Zapata, 601 N.W. Loop 410, Suite 600, San Antonio, TX 78216. The petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to 21 U.S.C. § 853(n).

Following the Court's disposition of all petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.