# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# MIDLAND-ODESSA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | NO: MO-12-CR-00123 |
| § | |
| DARLENE AURELIA BISHOP § | |

## JOINT MOTION FOR CONTINUANCE

COMES NOW, DARLENE AURELIA BISHOP, by and through her attorney of record, Rodion Cantacuzene, Jr.. and files this motion to continue the sentencing hearing in this case and would show the Court as follows:

I.

The above case is set for Sentencing on July 25, 2013.

II.

Defendant, DARLENE AURELIA BISHOP, requests that this case be continued. Plea negations have taken place which will allow the Defendant to enter a plea of guilty to an information in the United States District Court for the Western District of Texas, Midland/Odessa Division to one count of wire fraud. This continuance will allow the Government to make some minor changes to the plea agreement.

Assistant United States Attorney, Austin Berry will be on vacation for one week, which will be on the date the court has set Defendant's sentencing.

WHEREFORE, PREMISES CONSIDERED, Counsel for the Defendant, DARLENE AURELIA BISHOP prays that this Court grant this Motion for Continuance.

Respectfully submitted,

Law Office of Ian Cantacuzene


By:___s/Rodion Cantacuzene, Jr.___
   Rodion "Ian" Cantacuzene, Jr.
   State Bar No. 03759900
   1605 North Big Spring Street
   Midland, Texas 79701
   (432) 640-0464  Fax (432) 640-0468

## CERTIFICATE OF CONFERENCE

On July 18, 2013, I conferred with Austin Berry, Assistant United States Attorney, by telephone, Mr. Berry does not oppose the Motion for Continuance.

s/Rodion Cantacuzene, Jr.
Rodion Cantacuzene, Jr.

## CERTIFICATE OF SERVICE

I, Rodion Cantacuzene, Jr., do hereby certify that a true and correct copy of the foregoing instrument was served on Mr. Austin Berry, Assistant United States Attorney, via facsimile, Aaron Dorfner and Diana Cruz-Zapata via efile on July 18, 2013.

s/Rodion Cantacuzene, Jr.
Rodion Cantacuzene, Jr.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO: MO-12-CR-00123 |
| | § | |
| DARLENE AURELIA BISHOP | § | |

### ORDER GRANTING CONTINUANCE

On the _____ of July, 2013, came on to be heard Defendant, DARLENE AURELIA BISHOP Motion for Continuance of Sentencing hearing.

After consideration of the Motion for Continuance of Sentencing hearing, the Court is of the opinion such continuance should be granted. IT IS ORDERED a continuance of the sentencing hearing setting is GRANTED. This case shall now be set for trial on _____ day of _____, 2013.

SIGNED on the _____ day of July, 2013.

_____
ROBERT JUNELL
UNITED STATES DISTRICT JUDGE