**FILED**

SEP 0 9 2013

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
           DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | MO-12-CR-123 |
| | ) | MO-13-CR-239 |
| **DARLENE AURELIA BISHOP** | ) | |

## ORDER MODIFYING CONDITIONS OF RELEASE

On the 9th day of September 2013, U. S. Pretrial Services requested the Court modify the Defendant's conditions of release in the above-referenced cases. The Court modifies the Defendant's conditions of release as follows:

1) The Defendant is not required to be on an electronic monitoring device; and,

2) All other conditions of release previously established that are not in conflict with this Order shall remain in full force and effect.

**The Defendant is set for sentencing before United States District Judge Robert Junell on December 12, 2013, at 2:00 p.m.**

It is so **ORDERED**.

Signed this 9th day of September, 2013.

_____
**DAVID COUNTS**
United States Magistrate Judge